In the Matter of the Application of the LODGE PRINCIPLE AND CIVILITY AND NEW SALERNITANA SOCIETY, ORDER SONS OF ITALY, INC.— Motion granted unless appellant complies with terms of order. ·Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

ADOLPH VERSTONDEG v. LUDWIG BECK and Another. FREDERICKA VERSTONDEG v. LUDWIG BECK and Another.— Motions denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MCKINLEY REALTY AND CONTRACTING COMPANY.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

JOHN A. KINGSBURY v. JEREMIAH O'NEILL.— Motion granted unless appellant complies with terms of order. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

ROBERT G. FRASER v. LILLIAN P. FRASER.— Motion granted, without costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

ADAM WIENER v. MUTUAL LIFE INSURANCE COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

HERMAN SACKS and Another v. MAY H. MILLS.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

MAURICE KATZ v. LOUIS SILBERMAN.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

EDMUND J. TINSDALE v. JOHN MICHEL.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

MAXWELL HAACK v. JEAN BRY IMPORT COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

MONROE STERN v. DANTE CIGAR MANUFACTURING COMPANY.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

GUARANTY TRUST COMPANY v. SECOND AVENUE RAILROAD COMPANY.— Motion denied. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

WEST END THEATRE SYNDICATE v. LEE SHUBERT.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.

MARTIN ROTHBARTH and Others v. FELIX HERZFELD and Others.— Motion granted, question certified. Present — Clarke, P. J., Laughlin, Scott, Dowling and Shearn, JJ.